DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PIERRE LINE JOSEPH,**
Appellant,

v.

**FRANKLIN ALLAN CALHOUN,**
Appellee.

No. 4D2024-1048

[September 11, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Hon. Cynthia L. Cox, Judge; L.T. Case No. 2023 CA 000125.

Pierre Line Joseph, Sebastian, pro se.

Bretton C. Albrecht of Kubicki Draper, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.  See* Fla. R. App. P. 9.315 ("After service of the initial brief in appeals under rule 9.110, 9.130, or 9.140 . . . the court may summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated.").

KLINGENSMITH, C.J., DAMOORGIAN and GERBER, JJ., concur.

\*　　\*　　\*

*Not final until disposition of timely filed motion for rehearing.*